**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

Jasmine Mitchell McCray,

           Plaintiff,

vs.

Caravelle Properties, LP,

           Defendant.

Case No._____

**NOTICE OF REMOVAL**

TO:    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA; COURT OF COMMON PLEAS FOR HORRY COUNTY, SOUTH CAROLINA; AND ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the above-captioned matter, originally filed in the Court of Common Pleas for Horry County, South Carolina, has been removed to the United States District Court for the District of South Carolina, Florence Division, on the following grounds:

1.      The above-captioned civil action was filed in the Court of Common Pleas for Horry County, South Carolina, on July 29, 2022, and was served upon Defendant Caravelle Properties, LC ("Caravelle" or "Defendant") on August 15, 2022.  A copy of the Summons and Complaint are attached hereto as **Exhibit A**.  Caravelle is filing this Notice of Removal within thirty (30) days of service of the original Complaint as required by 28 U.S.C. § 1446(b).

2.      Plaintiff's Complaint purports to assert causes of action under Title VII of the Civil Rights Act of 1967.  Therefore, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 as an action of a civil nature founded upon a claim or right arising under the laws of the United States.

3.      Accordingly, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a).

4.      Caravelle is providing the Clerk of Court from which this action was removed with a copy of this Notice of Removal as required by 28 U.S.C. § 1446(d).

5.      This removal is made without waiver of any defenses or affirmative defenses, including those under Fed. R. Civ. P. 12, or Defendant's right to move for dismissal, on substantive or procedural grounds, of any cause of action asserted in the Complaint.

WHEREFORE, Defendant prays that this Honorable Court accept this Notice of Removal and hereby undertake jurisdiction in the above-captioned cause of action now pending in the Court of Common Pleas for the County of Horry, South Carolina, that the same be removed to this Honorable Court, and that all proceedings in this case in the Court of Common Pleas for the County of Horry, South Carolina be stayed.

Respectfully submitted,

s/Ashley R. Parr
Ashley R. Parr   (Fed ID No. 12304)
NEXSEN PRUET, LLC
104 South Main Street, Suite 900 (29601)
Post Office Drawer 10648
Greenville, South Carolina 29603-0648
Telephone:  864.370.2211
Facsimile:   864.282.1177
AParr@nexsenpruet.com

Attorney for Defendant Caravelle Properties, LP

September 14, 2022
Greenville, South Carolina

2